Order issued October 29 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01286-CV

---

### IN RE ALICE LONGFELLOW, ET AL., Relators

---

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-02900**

---

# ORDER

Before Justices Morris, Richter, and Lang-Miers

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

We **ORDER** that relators bear the costs of this original proceeding.


JOSEPH B. MORRIS
JUSTICE